[No. 9316–6–III.   Division Three.   June 29, 1988.]

*In the Matter of* R.A.F.

DONNA F. FYE, *Respondent,* v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Petitioner.*

Appeal from a judgment of the Superior Court for Whitman County, No. 88–7–00025–1, Wallis W. Friel, J., entered June 16, 1988. *Vacated* and *remanded* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.


[No. 8610–1–III.   Division Three.   June 30, 1988.]

THE SCOTT FETZER COMPANY KIRBY COMPANY DIVISION,
*Petitioner,* v. CAROL J. WEEKS, ET AL, *Defendants,*
DWIGHT'S DISCOUNT VACUUM CLEANER
CITY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–02558–2, John A. Schultheis, J., entered April 22, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J.


[No. 8815–4–III.   Division Three.   June 30, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD M.
TERRY, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 87–1–00168–1, Fred R. Staples, J., entered July 31, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.